IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE MEDIA APPLICATION FOR AUDIOVISUAL ACCESS TO TRIAL PROCEEDINGS IN UNITED STATES OF AMERICA V. DONALD J. TRUMP | Case: 1:23-mc-00099<br>Assigned To : Chutkan, Tanya S.<br>Assign. Date : 10/5/2023<br>Description: Misc. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, the E.W. Scripps Company (operator of Court TV), along with Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Bloomberg L.P., Cable News Network, Inc., Dow Jones & Company, Inc., publisher of The Wall Street Journal, Los Angeles Times Communications LLC, National Association of Broadcasters, National Cable Satellite Corporation d/b/a C-SPAN, National Press Photographers Association, News/Media Alliance, The New York Times Company, POLITICO LLC, Radio Television Digital News Association, Society of Professional Journalists, TEGNA Inc., Univision Networks & Studios, Inc., and WP Company LLC d/b/a The Washington Post, (together, the "Media Coalition") hereby certify that:

**The E.W. Scripps Company** is a publicly traded company with no parent company. No individual stockholder owns more than 10% of its stock.

**Advance Publications, Inc.** does not have any parent corporation. Nor does any publicly held corporation own more than ten percent of its stock.

**American Broadcasting Companies, Inc. d/b/a ABC News** is an indirect, wholly-owned subsidiary of The Walt Disney Company, a publicly traded corporation.

**The Associated Press** is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

**Bloomberg L.P.** is a limited partnership; its general partner is Bloomberg Inc.; and no publicly-held corporation owns 10% or more of Bloomberg L.P.'s limited partnership interests.

**Cable News Network, Inc.**, is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company and, to the best of Cable News Network, Inc.'s knowledge, no publicly held company owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

**Dow Jones & Company, Inc.** ("Dow Jones"), publisher of the Wall Street Journal, is an indirect subsidiary of News Corporation, a publicly held company. Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco, LLC. No publicly traded corporation currently owns 10% or more of the stock of Dow Jones.

**Los Angeles Times Communications LLC** is a wholly-owned subsidiary of NantMedia Holdings, LLC, which is a privately held company. No company with a 10% or greater ownership share in NantMedia Holdings, LLC is publicly traded.

**National Association of Broadcasters** is a non-profit, incorporated association of radio and television stations. It has no parent company, and has not issued any shares or debt securities to the public.

**National Cable Satellite Corporation d/b/a C-SPAN** is a District of Columbia non-profit, non-stock corporation that is exempt from federal income tax pursuant to Section 501(c)(3) of the Internal Revenue Code, and as such has no stockholders.

**National Press Photographers Association** has no parent company and issues no stock.

**News/Media Alliance** is a nonprofit, non-stock corporation organized under the laws of the commonwealth of Virginia. It has no parent company.

**The New York Times Company**, a publicly traded company, has no parent company and no publicly held corporation owns 10% or more of its stock.

**POLITICO LLC** is wholly owned by POLITICO Media Group LLC which is, in turn, wholly owned by Axel Springer SE, and no publicly held corporation owns 10% or more of its stock.

**Radio Television Digital News Association** is a nonprofit organization that has no parent company and issues no stock.

**Society of Professional Journalists** has no parent company and issues no stock.

**TEGNA Inc.** has no parent corporation. No publicly held corporation owns 10% or more of Tegna, Inc.'s stock.

**Univision Networks & Studios, Inc.** is a wholly-owned subsidiary of Univision Communications Inc. (UCI), which is a privately held corporation. No publicly held corporation currently owns 10% or more of the stock of UCI. UCI's ultimate parent company is TelevisaUnivision, Inc., and the publicly traded company Grupo Televisa, S.A.B. owns 10% or more of the stock of TelevisaUnivision, Inc.

**WP Company LLC d/b/a The Washington Post** is a wholly owned subsidiary of Nash Holdings LLC, which is privately held and does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  October 5, 2023	Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Chad R. Bowman*
Chad Bowman (#484150)
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren P. Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for the Media Coalition*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2023, I caused true and correct copies of the foregoing to be served via electronic mail and U.S. Mail on the following:

J.P. Cooney
Molly Gulland Gaston
Thomas Windom
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

*Counsel for the United States*


John F. Lauro
Filzah I. Pavalon
Lauro & Singer
400 N. Tampa Street
15th Floor
Tampa, FL 33602

Todd Blanche
Blanche Law
99 Wall Street
New York, NY 10005

*Counsel for Donald J. Trump*

/s/ *Chad R. Bowman*
Chad Bowman (#484150)