# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE MEDIA APPLICATION FOR
AUDIOVISUAL ACCESS TO TRIAL
PROCEEDINGS IN UNITED STATES
OF AMERICA V. DONALD J. TRUMP

Case No. 1:23-mc-00099-TSC

## APPEARANCE OF COUNSEL

TO: Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for the Media Coalition.

Dated:  October 6, 2023          Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com

*Counsel for the Media Coalition*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2023, I caused true and correct copies of

the foregoing to be served via electronic mail and U.S. Mail on the following:

J.P. Cooney
Molly Gulland Gaston
Thomas Windom
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

*Counsel for the United States*


John F. Lauro
Filzah I. Pavalon
Lauro & Singer
400 N. Tampa Street
15th Floor
Tampa, FL 33602

Todd Blanche
Blanche Law
99 Wall Street
New York, NY 10005

*Counsel for Donald J. Trump*

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)