### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Civil Action No. 1:23-mc-99 (TSC) |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Milagros R. Villalobos Navas enters her appearance on behalf of Applicant NBCUniversal Media, LLC. I am admitted or otherwise authorized to practice in this court, and I hereby certify that I am personally familiar with the Local Rules of this Court and can be reached at the address, phone number, and email address below:

    Milagros R. Villalobos Navas
    Gibson, Dunn & Crutcher LLP
    333 S. Grand Avenue
    Los Angeles, CA 90071
    Phone: (213) 229.7086
    Email: MVillalobos@gibsondunn.com

Dated:    November 1, 2023         Respectfully submitted,

                                                        */s/ Milagros R. Villalobos Navas*
                                                        Milagros R. Villalobos Navas (admitted *pro hac vice*)
                                                        CA Bar No.: 324909
                                                        Gibson, Dunn & Crutcher, LLP
                                                        333 S. Grand Avenue
                                                        Los Angeles, CA 90071
                                                        Phone: (213) 229.7086
                                                        Email: MVillalobos@gibsondunn.com

                                                        *Attorney for Applicant NBCUniversal Media, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2023, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                         */s/ Milagros R. Villalobos Navas*
                                         Milagros R. Villalobos Navas