IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE MEDIA APPLICATION FOR AUDIOVISUAL ACCESS TO TRIAL PROCEEDINGS IN UNITED STATES OF AMERICA V. DONALD J. TRUMP | Case No. 23-mc-99-TSC |

## MOTION TO INTERVENE AND NOTICE OF JOINDER

Pursuant to Rules 20(a)(1) and 24(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7(j), proposed intervenor Reuters News & Media Inc., by and through its undersigned counsel, hereby moves to intervene in this matter and join the Media Coalition's Application for Audiovisual Access to Criminal Trial Proceedings in *United States of America v. Donald J. Trump*, Case No. 23-cr-257-TSC, ECF No. 1 in the above-captioned matter.

## MEET AND CONFER CERTIFICATION

Undersigned counsel conferred by email on October 31, 2023, with counsel for the United States, counsel for Trump, and counsel for NBCUniversal Media, LLC. Counsel for the United States informed the undersigned that it does not oppose this Motion. Counsel for Trump and counsel for NBCUniversal Media, LLC have not yet responded as of this filing.

Dated:  November 2, 2023          Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Chad R. Bowman (#484150)
Lauren Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com

mishkinm@ballardspahr.com
bowmanchad@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Reuters News & Media Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2023, I caused true and correct copies of the foregoing to be served via PACER/ECF on counsel of record, and via electronic mail and U.S. Mail on the following:

John F. Lauro
Filzah I. Pavalon
Lauro & Singer
400 N. Tampa Street
15th Floor
Tampa, FL 33602

Todd Blanche
Blanche Law
99 Wall Street
New York, NY 10005

*Counsel for Donald J. Trump*

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)