IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE MEDIA APPLICATION FOR AUDIOVISUAL ACCESS TO TRIAL PROCEEDINGS IN UNITED STATES OF AMERICA V. DONALD J. TRUMP | Case No. 23-mc-99-TSC |

**[PROPOSED] ORDER**

Upon consideration of Reuters News & Media Inc.'s Motion to Intervene, any response(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. Reuters News & Media Inc.'s Motion to Intervene for the purpose of joining the Media Coalition's Application for Audiovisual Access to Criminal Trial Proceedings is **GRANTED**; and

2. Reuters News & Media Inc. shall be designated one of the news organizations participating in the Media Coalition, and any filing on behalf of the Media Coalition in the above-captioned matter shall be on behalf of Reuters News & Media Inc. unless otherwise stated.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE