IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Civil Action No. 1:23-mc-99 (TSC) |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Erik Bierbauer enters his appearance on behalf of Applicant NBCUniversal Media, LLC.  I am admitted or otherwise authorized to practice in this court, and I hereby certify that I am personally familiar with the Local Rules of this Court and can be reached at the address, phone number, and email address below:

Erik Bierbauer
NBCUniversal Media
Legal Department
30 Rockefeller Plaza
Room 620-557
New York, NY 10112
Phone: (212) 664.4167
Email: Erik.Bierbauer@nbcuni.com

Dated:   October 30, 2023            Respectfully submitted,

*/s/ Erik Bierbauer*
Erik Bierbauer (admitted *pro hac vice*)
N.Y. Bar No.: 3057148
NBCUniversal Media
Legal Department
30 Rockefeller Plaza
Room 620-557
New York, NY 10112
Phone: (212) 664.4167
Email: Erik.Bierbauer@nbcuni.com

*Attorney for Applicant NBCUniversal Media, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*/s/ Erik Bierbauer*
Erik Bierbauer
