UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE MEDIA APPLICATION FOR AUDIOVISUAL ACCESS TO TRIAL PROCEEDINGS IN UNITED STATES OF AMERICA V. DONALD J. TRUMP | Case No. 23-mc-99-TSC |
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITEDSTATES V. DONALD TRUMP | Case No. 23-mc-107-TSC |

## NOTICE OF APPEARANCE

Please take notice that James I. Pearce hereby enters his appearance as counsel of record for the United States of America. Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court.

Dated:  November 3, 2023

Respectfully submitted,

*/s/ James I. Pearce*
James I. Pearce
United States Department of Justice
950 Pennsylvania Ave NW, Room B-206
Washington, DC 20530
Tel:  (202) 532-4991
Email: james.pearce@usdoj.gov

*Counsel for the United States*