# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Civil Action No. 1:23-mc-99 (TSC) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Patrick J. Fuster enters his appearance on behalf of Applicant NBCUniversal Media, LLC. I am admitted or otherwise authorized to practice in this court, and I hereby certify that I am personally familiar with the Local Rules of this Court and he can be reached at the address, phone number, and email address below:

> Patrick J. Fuster
> Gibson, Dunn & Crutcher LLP
> 333 S. Grand Avenue
> Los Angeles, CA 90071
> Phone: (213) 229.7117
> Email: PFusters@gibsondunn.com

Dated: November 3, 2023

Respectfully submitted,

*/s/ Patrick J. Fuster*
Patrick J. Fuster (admitted *pro hac vice*)
CA Bar No. 326789
Gibson, Dunn & Crutcher, LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229.7117
Email: PFuster@gibsondunn.com

*Attorney for Applicant NBCUniversal Media, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

/s/ Patrick J. Fuster
Patrick J. Fuster