IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE MEDIA APPLICATION FOR AUDIOVISUAL ACCESS TO TRIAL PROCEEDINGS IN UNITED STATES OF AMERICA V. DONALD J. TRUMP | Case No. 23-mc-99-TSC |

**NOTICE OF JOINDER**

Pursuant to Rule 20(a)(1) of the Federal Rules of Civil Procedure, Reuters News & Media Inc. hereby joins the Media Coalition's Application for Audiovisual Access to Criminal Trial Proceedings in *United States of America v. Donald J. Trump*, Case No. 23-cr-000257-TSC, ECF No. 1 in the above-captioned matter.

In this action, a coalition of 19 news organizations (the "Media Coalition"),[1] has applied for leave pursuant to Local Criminal Rule 57.6 to record and telecast the March 2024 criminal trial of former President Donald J. Trump, Case No. 23-cr-000257-TSC.  Reuters seeks to join the Media Coalition's already-submitted Application, and any reply brief submitted by the Media Coalition in this matter.  Reuters seeks to assert identical requests for relief as the Media Coalition, and is therefore permitted to join this matter pursuant to Rule 20(a)(1).  *See, e.g.,* Notice of Joinder, ECF No. 2, *In re: Press and Public Access to Video Exhibits in the Capitol*

---

[1] Those organizations are the E.W. Scripps Company (operator of Court TV), Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Bloomberg L.P., Cable News Network, Inc., Dow Jones & Company, Inc., publisher of The Wall Street Journal, Los Angeles Times Communications LLC, National Association of Broadcasters, National Cable Satellite Corporation d/b/a C-SPAN, National Press Photographers Association, News/Media Alliance, The New York Times Company, POLITICO LLC, Radio Television Digital News Association, Society of Professional Journalists, TEGNA Inc., Univision Networks & Studios, Inc., and WP Company LLC d/b/a The Washington Post.

  NBCUniversal Media, LLC, has separately applied for audiovisual access to the trial, and its action has been consolidated with the Media Coalition's action.

*Riot Cases*, 21-mc-00046-BAH (D.D.C. May 4, 2021) (news organization joins pending application for access to judicial records and reply in support); Notice of Joinder, ECF No. 3, *Press Application for Access to Judicial Records Ancillary to Certain Grand Jury Proceedings Concerning Former Vice President Mike Pence*, 23-mc-00035-JEB (D.D.C. Mar. 31, 2023) (same).

    Undersigned counsel has previously consulted with counsel for the United States, counsel for Trump, and counsel for NBCUniversal Media, LLC. Counsel for the United States informed the undersigned that it does not oppose Reuters joining the Media Coalition in this matter. Counsel for Trump and counsel for NBCUniversal Media, LLC have not yet responded as of this filing.

Dated:  November 6, 2023        Respectfully submitted,

                                            BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Chad R. Bowman (#484150)
Lauren Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
bowmanchad@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Reuters News & Media Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of November, 2023, I caused true and correct copies of the foregoing to be served via PACER/ECF on counsel of record, and via electronic mail and U.S. Mail on the following:

John F. Lauro
Filzah I. Pavalon
Lauro & Singer
400 N. Tampa Street
15th Floor
Tampa, FL 33602

Todd Blanche
Blanche Law
99 Wall Street
New York, NY 10005

*Counsel for Donald J. Trump*

                                            /s/ *Charles D. Tobin*
                                            Charles D. Tobin (#455593)