UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE MEDIA APPLICATION FOR AUDIOVISUAL ACCESS TO TRIAL PROCEEDINGS IN UNITED STATES OF AMERICA V. DONALD J. TRUMP | Case No. 23-mc-99 (TSC) |
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Case No. 23-mc-107 (TSC) |

**UNITED STATES' RESPONSE TO MEDIA COALITION'S NOTICE OF SUPPLEMENTAL AUTHORITY**

In a notice of supplemental authority, the Media Coalition suggests (ECF No. 24 at 1-2) that a public advisory that announced the live streaming of an oral argument before the D.C. Circuit supports the Media Coalition's petition. The live streaming was routine, and the Media Coalition's suggestion is unfounded.

The fact that the D.C. Circuit live streams oral arguments—and has for more than five years—bears no relevance to the Media Coalition's petition. As the Government pointed out in its response to the petition, when the Judicial Conference in March 1996 amended its broadcast policy to permit the broadcasting of *appellate* arguments, it reconfirmed its opposition to any broadcasting of district court proceedings. *See* ECF No. 16 at 4; *see Guide to Judiciary Policy*, Vol. 10, ch. 4 § 410.10, https://www.uscourts.gov/sites/default/files/1996-03.pdf. Consistent with that policy change, the D.C. Circuit began live streaming all oral arguments on September 5, 2018, after having done so upon request beginning in October 2017. *See*

https://www.cadc.uscourts.gov/internet/home.nsf/Content/Announcement+-+November+8%2C+2017+-+Policy+Regarding+Live+Audio+Streaming+of+Arguments.

To the extent that the Media Coalition supplemental notice implies that the D.C. Circuit's live streaming practice violates Rule 53 of the Federal Rules of Criminal Procedure, that implication is incorrect. Rule 53's prohibition on broadcasting judicial proceedings from the courtroom applies "[e]xcept as otherwise provided by a statute or these rules." Fed. R. Crim. P. 53. Such an exception exists here: under 28 U.S.C. § 332(d)(1), each circuit judicial council is empowered to "make all necessary and appropriate orders for the effective and expeditious administration of justice within its circuit." Section 332(d)(1) thus fully authorized the D.C. Circuit to adopt its live streaming policy in 2018. In any event, that exception in the court of appeals has no effect on Rule 53's clear prohibition against "broadcasting of judicial proceedings from the courtroom" by this Court or any other United States District Court.

Respectfully submitted,

JACK SMITH
Special Counsel

/s/ James I. Pearce
James I. Pearce
Assistant Special Counsel
950 Pennsylvania Ave NW, Room B-206
Washington, DC 20530
Tel: (202) 532-4991
Email: james.pearce@usdoj.gov
*Counsel for the United States*