UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE MEDIA APPLICATION FOR AUDIOVISUAL ACCESS TO TRIAL PROCEEDINGS IN UNITED STATES OF AMERICA V. DONALD J. TRUMP | Case No. 23-mc-99 (TSC) |
| IN RE APPLICATION OF NBCUNIVERSAL MEDIA, LLC TO PERMIT VIDEO AND AUDIO OF TRIAL PROCEEDINGS IN UNITED STATES V. DONALD TRUMP | Case No. 23-mc-107 (TSC) |

## ORDER

Applicants in these consolidated cases sought audiovisual access to certain proceedings in *United States v. Donald J. Trump*, No. 23-cr-257 (D.D.C.). *See In re Media Application for Audiovisual Access to Trial Proceedings in United States of America v. Donald J. Trump*, Application, ECF No. 1 ("Media Application"). *In re Application of NBCUniversal Media, LLC to Permit Video and Audio of Trial Proceedings in United States v. Trump*, Case No. 23-mc-107 (TSC), Application, ECF No. 1 ("NBCU Application"). The *Trump* case has since been dismissed. *See United States, v. Trump*, No. 23-cr-257 (TSC), 2024 WL 4885816 (D.D.C. Nov. 25, 2024) (ECF No. 282); *see also id.*, ECF Nos. 283, 285. Accordingly, the Media Application and NBCU Application are hereby DENIED as moot, and these cases are likewise DISMISSED.

Date: December 9, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge